IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAELA ERICKSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS LLC<br>d/b/a LOWE'S and JOHN DOES 1–3,<br><br>　　　　　　Defendants. | CV 22–111–M–DWM<br><br><br><br>ORDER |

Defendant Lowe's Home Centers, LLC, moved unopposed for to continue the preliminary pretrial conference currently set for September 14, 2022, at 10:30 a.m. in the Russell Smith Courthouse, Missoula, Montana. (Doc. 6) Accordingly,

IT IS ORDERED that Defendant's motion to continue, (Doc. 6), is GRANTED. The preliminary pretrial conference is RESET for October 12, 2022 at 10:30 a.m. in the Russell Smith Courthouse, Missoula, Montana.

DATED this 12th day of August, 2022.

Donald W. Molloy, District Judge
United States District Court

1