IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAELA ERICKSON, | CV 22–111–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| LOWE'S HOME CENTERS, LLC and JOHN DOES 1-3, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 7th day of November, 2022.

Donald W. Molloy, District Judge
United States District Court